# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1976
LT Case No. 2012-001770-CFAWS

_____

JOHN O. RILEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Raul A. Zambrano, Judge.

Joshua E. Adams, Orlando, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.


July 30, 2024


PER CURIAM.

    AFFIRMED.


EDWARDS, C.J., and SOUD and BOATWRIGHT, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————